# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

**UNITED STATES OF AMERICA** :

  v. :    3:14-CR-0257

**SUSAN KEVRA-SHINER,** :   (JUDGE MANNION)

  **Defendant** :

## O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** the defendant's motion for bail pending appeal brought pursuant to 18 U.S.C. §3143(b), (Doc. 112), is **DENIED**;

**(2)** the defendant's motion for an extension of time to surrender, (Doc. 116), is **GRANTED**; and

**(3)** the defendant is ordered to surrender herself to a facility designated by the Bureau of Prisons by 2 P.M. on **OCTOBER 12, 2017**.

                          s/ *Malachy E. Mannion*
                          **MALACHY E. MANNION**
                          **United States District Judge**

**Date: September 28, 2017**

O:\Mannion\shared\MEMORANDA - DJ\CRIMINAL MEMORANDA\2014 CRIMINAL MEMORANDA\14-0257-01-ORDER.wpd